# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LARRY EDWARD WEST JR.,      : No. 90 MM 2015

         Petitioner          :

         v.          :

DAVID VARANO, SUPERINTENDENT    :
OF SCI COAL TOWNSHIP,          :

         Respondent          :


COMMONWEALTH OF PENNSYLVANIA, : No. 91 MM 2015

         Respondent          :

         v.          :

LARRY EDWARD WEST, JR.,          :

         Petitioner          :


LARRY EDWARD WEST JR.,          : No. 92 MM 2015

         Petitioner          :

         v.          :

DAVID VARANO, SUPERINTENDENT    :
OF SCI COAL TOWNSHIP,          :

         Respondent          :

# **ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2015, the Application for Relief Seeking Leave to Exceed the Word Count Limitation is **DENIED**.